IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTER DIVISION

PLAINTIFF
    CEZARY WOJCIK

VS.
    COOK COUNTY ET. ALL.
    DEFENDANTS

14 CV 4854
HONORABLE JUDGE
JOHN J. THARP
MAGISTRATE JUDGE
YOUNG B. KIM

PLAINTIFF'S RESPONSE TO DEFENDANTS'
SUMMARY JUDGMENT MOTION

IN RESPONSE PLAINTIFF ASSERTS THAT THE ALLEGED UNDISPUTED FACTS, WHICH DEFENDANTS RELY ON TO SUPPORT THEIR MOTION, ARE IN DISPUTE AS SHOWN BY PLAINTIFF LOCAL RULE 56.1 RESPONSE TO DEFENDANT STATEMENT FIELD HEREWITH.

RESPECTFULLY SUBMITTED BY PLAINTIFF
CEZARY WOJCIK PRO SE
1634 N MILWAUKEE AVE.
CHGO IL. 60647 TEL 773 414 0471

**FILED**
JUN 19 2018
THOMAS G. BRUTON.
CLERK, U.S. DISTRICT COURT

CERTIFICATE OF SERVICE
I HERBY CERTIFY THAT ON 6-19-18 I PROVIDED SERVICE TO THE FOLLOWING NEANS ECF, HAND DELIVERY. TO STATE ATTOURNEY MEGAN MC.GRATH 500 RICHARD DALEY CENTER CHGO IL. 60602 312 603 5967

*[signature]*

CEZARY WOJCIK
ANNA.ANNA909@YAHOO.COM
773 414 0471

6-19-18 CHGO